# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11cv201

| | |
|---|---|
| BARBARA P. MOORE and MELVIN J. MOORE, JR., ) ) ) Plaintiffs, ) ) v. ) ) STATE FARM INSURANCE COMPANY T/D/B/A STATE FARM FIRE AND CASUALTY COMPANY, ) ) ) ) ) Defendants. ) _____ ) | **ORDER** |

Pending before the Court is the Amended Motion to Substitute Party Plaintiff [# 14]. Upon a review of the motion and the record in this case, the Court **GRANTS** the Motion [# 14] and pursuant to Rule 25 of the Federal Rules of Civil Procedure, **SUBSTITUTES** Sharon M. Karlin, Collector of the Estate of Barbara P. Moore, as Plaintiff in this matter for Barbara P. Moore, who died on September 22, 2011. In addition, the Court resets the deadlines in this case as follows:

(1) Discovery shall close October 1, 2012

(2) The Mediation Deadline is October 15, 2012

(3) Summary Judgment motions are due November 1, 2012.

The trial in the matter will be scheduled for the Court's civil trial calender starting April 8, 2013, Bryson City, North Carolina. Finally, the Court **DENIES as**

**moot** the Motion to Substitute [# 12] and Motion for Extension of Time [# 10].

Signed: July 13, 2012

Dennis L. Howell
United States Magistrate Judge