## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:11cv201

| | | |
|---|---|---|
| **BARBARA P. MOORE and MELVIN J. MOORE, JR.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **STATE FARM INSURANCE COMPANY T/D/B/A STATE FARM FIRE AND CASUALTY COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Pending before the Court is the Motion to Substitute Party Plaintiff [# 33].

The Court **DIRECTS** the parties to appear for a hearing at 10:00 a.m. on March 8, 2013, in Courtroom 2 at the United States District Court Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina.   At the hearing, the Court will address the Motion to Substitute Party [# 33].  The Court **DIRECTS** Sharon M. Karlin and Melvin J. Moore, Jr. to each personally appear at the hearing.

Signed: February 26, 2013

_____

Dennis L. Howell
United States Magistrate Judge