IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv201

| | |
|---|---|
| **MELVIN J. MOORE, JR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **STATE FARM INSURANCE** ) | |
| **COMPANY T/D/B/A STATE FARM** ) | |
| **FIRE AND CASUALTY COMPANY,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is Plaintiff's Motion to Continue Docket Call/Trial or in the Alternative for a Voluntary Dismissal without Prejudice [# 57]. The Court **DIRECTS** Defendant to file a response to Plaintiff's motion [# 57] by March 28, 2013.

Signed: March 26, 2013

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge