# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:11cv201

| | |
|---|---|
| MELVIN J. MOORE, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE FARM INSURANCE )<br>COMPANY T/D/B/A STATE FARM )<br>FIRE AND CASUALTY COMPANY, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

Pending before the Court is Plaintiff's Motion to Continue Docket Call/Trial or in the Alternative for a Voluntary Dismissal without Prejudice [# 57]. The Court **DIRECTS** Defendant to file a response to Plaintiff's motion [# 57] by March 28, 2013.

Signed: March 26, 2013

Dennis L. Howell
United States Magistrate Judge